# EXHIBIT 2

EMBASSY OF THE UNITED STATES OF AMERICA, MEXICO
CONSULATE GENERAL OF THE UNITED STATES OF AMERICA,
CIUDAD JUAREZ, MEXICO

MEMORANDUM OF AGREEMENT TO RENEW LEASE NO. 4128-861078-FBO

BETWEEN

THE SECRETARY OF STATE OF THE UNITED STATES OF AMERICA

AND

SRA. SANDRA FERNANDEZ DE IGLESIAS

1. Reference is made to Lease No. 4128-861078-FBO, originally entered into on the 24th day of October of 1997, between Sandra Fernandez de Iglesias , for herself, her heirs, executors, and administrators and successors, and assigns, hereinafter, known as the LANDLORD; and the Secretary of State of the United States of America, acting by Winkle W. Nemeth, Contracting Officer of the United States Embassy to Mexico, hereinafter known as the TENANT.

2. **Article 5 shall read:** By mutual consent of the parties hereto, reference lease shall remain in force for the period starting from:

   November 1, 2000 through October 31, 2003 under the same terms and conditions at the rate of USD $1800.00 per month payable semi-annually in advance.

3. **Article 14 shall read:** The TENANT may, for its convenience, terminate this LEASE in whole or in part at any time, if it determines that such termination is in the best interests of the TENANT, by giving written notice to the LANDLORD 30 days in advance. If the TENANT terminates in accordance with this clause, the TENANT shall not be liable for any charges additional to those normally incurred up to the date the lease is terminated.

   If the TENANT decides to remove its establishment from Cd. Juarez, or change the grade thereof, or acquires its own property in Cd. Juarez, or substantially reduces its own personnel from the present level, or if the employee assigned this housing is transferred, it shall be at liberty to terminate this lease upon giving the landlord 30 days written notice without the landlord having right to any payment other than rental to the date the TENANT removes its belonging and surrenders the premises.

   The LANDLORD further agrees to make a pro rata refund of any rent payments made for periods beyond the date the TENANT surrenders the premises in pursuance of any of the TENANT'S termination rights as contained in this clause.

4. **Regular repairs:** Landlord agrees to commence, carry out and complete regular repairs over $200.00 USD, within 7 days after receiving oral and written notice. For any regular repairs that the Landlord does not handle in this manner, the Tenant may undertake that repair at the Landlords' expense through a rent deduction. If the Landlord or agent can not be contacted, at the provided telephone number after five attempts, the attempts will be noted in the lease file and treated as a Landlord notifications. All repairs under $200.00 USD will be carried out by Consulate maintenance staff at Consulate expense. The Consulate will make the determination if the repair will cost over $200.00 USD.

5. **Maintenance Responsibilities:** LANDLORD shall, at her own cost and expense, be responsible for all major maintenance, structural work and major repair including but not limited to maintenance and repair of structural elements and systems such as: walls, ceilings, roofs, floors, foundations, heat, ventilating and air-conditioning, plumbing and related fixtures, electrical, light fixtures, doors and windows, including glass replacement where the breakage is due to structural shifting, all

LANDLORD-supplied equipment such as but not limited to generators, water filtration systems, and fire protection systems. LANDLORD agrees to repaint and/or re-paper all interior surfaces every two years and re-carpet every three years or at the time of occupant turnover, to clean the water tanks and/or cisterns every year and to clean and/or sweep all chimneys every year, unless conditions warrant earlier attention. The LANDLORD acknowledges that keeping the premises in good repair and tenantable condition is essential to make them appropriate for use by the Government of the United States of America.

6. **As per Article Four,,** it is agreed by and between the LANDLORD and the TENANT, that the referenced lease is renewed for the additional option period of 3 years immediately following the expiration date of the present lease in effect. All other provisions of the said lease remain the same and unchanged

In WITNESS WHEREOF, the parties hereto have subscribed their names on this Tuesday, November 28, 2000.

Sandra Iglesias de Fernandez
Landlord

M.L. Gonzales
Contracting Officer

Arnoldo Vela
Financial Management Officer-Embassy