# EXHIBIT 3

EMBASSY OF THE UNITED STATES OF AMERICA, MEXICO
CONSULATE GENERAL OF THE UNITED STATES OF AMERICA,
CIUDAD JUAREZ, MEXICO

MEMORANDUM OF AGREEMENT TO RENEW LEASE NO. 4128-861078-OBO

BETWEEN

THE SECRETARY OF STATE OF THE UNITED STATES OF AMERICA

AND

SANDRA FERNANDEZ DE IGLESIAS

1. Reference is made to Lease No. 4128-861078-OBO, originally entered into on the 24th day of October 1997, by Ma Sandra Fernandez De Iglesias, for herself, her, heirs, executors, and administrators and successors, and assigns, hereinafter, known as the LANDLORD; and the Secretary of State of the United States of America, acting by Winkle W. Nemeth, Contracting Officer of the United States Embassy at Mexico, hereinafter known as the TENANT.

2. **Article 5 shall read:** By mutual consent of the parties hereto, reference lease shall remain in force for a period of four months starting from:

   From November 01, 2003 through and including Febraury 29, 2004. the rent will be $1,800.00 USD payable in advance.

3. **Article 14 shall read:** The TENANT may, for its convenience or in the event the Regional Security Office of the United States Department of State determines that the property is unsafe from a security perspective or otherwise poses a threat to the life or safety of the occupants, terminate this LEASE in whole or in part at any time, if it determines that such termination is in the best interest of the TENANT, by giving written notice to the LANDLORD 30 days in advance. If the TENANT terminates in accordance with this clause, the TENANT shall not be liable for any charges additional to those normally incurred up to the date the lease is terminated.

   The LANDLORD further agrees to make a pro rata refund of any rent payments made for periods beyond the date the TENANT surrenders the premises in pursuance of any of the TENANT'S termination rights as contained in this clause.

4. Therefore, it is agreed by and between the LANDLORD and the TENANT, that the referenced lease is hereby amended for four months, immediately following the expiration date of the present lease in effect. All other provisions of the said lease remain the same and unchanged.

5. Maintenance responsibilities: Landlord shall, at his own cost and expense, be responsible for all major maintenance, structural work and major repair including but not limited to maintenance and repair of structural elements and systems such as: walls, ceiling, roofs, floors, foundations, heat and related ducts, plumbing and related fixtures, electrical light fixtures doors and windows, including glass replacement where the breakage is due to structural shifting, all Landlord-supplied equipment such as but not limited to generators, water filtration systems, and fire protection system. Landlord agrees to repaint and/or repaper all interior surfaces and re carpet every three years including all stained wooden surfaces and cabinetry, to clean the water tanks and/or cisterns every year and to clean and/or sweep all chimneys every two years, unless conditions warrant earlier attention. Service all evaporative cooling units and AC in April of each year, clean HVAC ducts every two years, have a certified HVAC technician to check system annually in the month of October. The Landlord acknowledges that keeping the premises in good repair and acceptable conditions is essential to make them appropriate for use by the Government of the Unites States of America.

6. Regular repairs: Landlord agrees to commence, carry out and complete regular repairs over $100.00 USD, within 7 days after receiving oral and written notice. For any regular repairs that the Landlord does not handle in this manner, the Tenant may undertake, that repair at the Landlords' expense through a rent deduction. If the Landlord or agent cannot be contacted, at the provided telephone number after five attempts, the attempts will be noted in the lease file and treated as a Landlord notification. All repairs under $100.00 USD; will be carried out by Consulate maintenance staff at Consulate expense. The Consulate will make the determination if the repair will cost over $100.00 USD.

In WITNESS WHEREOF, the parties hereto have subscribed their names on this Friday January 9, 2004.

Sandra Fernandez De Iglesias
Landlord

Robert Loveless
Contracting Officer

Frederick W. Krage
Financial Management Officer-Embassy

UNCLASSIFIED

DOCUMENT #6

CONSULATE GENERAL OF THE
UNITED STATES OF AMERICA
CIUDAD JUAREZ, CHIH. MEXICO

C6

Cd. Juarez, Chih., Mexico

RELEASE TO CERTAIN PARTIES

Febrero 27, 2004

Sandra Fernandez De Iglesias
641 Wild Willow
El Paso, TX.

Se hace referencia al Contrato de Arrendamiento 4128-861078-FBO, con fecha de el dia 24 de Octubre de el año 1997 entre La Sra. Sandra Fernandez De Iglesias conocida como Arrendador y el Secretario de Estado de los Estados Unidos de Norteamerica representado por Winkle W. Nemeth, Arrendatario, por la casa habitacion ubicada en:

**Calle Alondiga De Granaditas #7522; Fraccionamiento Rincones De San Marcos, Cd. Juarez, Chih.**

El presente contrato de arrendamiento tiene fecha de terminacion para el dia 29 de Febrero del año 2004. Por la razon que la familia que actualmente ocupa la casa permanecera 6 semanas mas en esta casa, el gobierno americano a traves de el Consulado Americano le solicta extender el contrato hasta el dia 15 de Abril del año en curso. De acuerdo a nuestra conversacion telefonica sostenida el dia de ayer en la que se comento acerca de la terminacion del contrato y la extension del mismo le hago llegar la presente notificacion y adjunto encontrara la extension de el contrato.

En conclusion hacemos entrega de esta notificacion en referencia al acuerdo que existe en el articulo #14 de el contrato que sostuvo usted con el Gobierno De Los Estados Unidos. Estaremos en contacto en poco tiempo para programar la hora en que lo citaremos en la residencia arriba mencionada para hacer la inspeccion final y entregarle la misma. (1)

Sin ningun otro asunto a tratar por el momento y agradeciendo sus finisimas atenciones y las acciones responsables demostradas de su parte durante la vigencia de este contrato quedo de usted.

Atentamente

Robert Loveless
Oficial De Servicios Generales

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: DONALD A JOHNSTON
DATE/CASE ID: 31 MAY 2006 200502853

UNCLASSIFIED

D11