# EXHIBIT 4

ADMIN. FAX: (656) 616-90-56
GSO/SECTION TEL: (656) 616-95-58
DIRECT LINE TEL: (656) 686-02-57
SWITCHBOARD TEL: (656) 611-30-00

# Consulate General of the United States of America

## FAX COVER SHEET

Date: 04-25-2004

Number of pages including cover sheet: 05

To: MICHAEL COHEN

Attn.:

Fax: (915) 577-9918

CC:

From: ROBERT LOVELESS

Fax: 01152 656 616-90-56

Tel.:

REMARKS: I AM SENDING MEMORANDUM OF AGREEMENT TO RENEW LEASE AND TERMINATION AND ACQUITTANCE OF LEASE FOR SANDRA FERNANDEZ DE IGLESIAS.

IF YOU HAVE ANY QUESTIONS PLEASE CALL ROBERT LOVELESS AT 01152 656 616-95-58.

Note: Our telephone numbers will be answered by an answering machine outside of our normal business hours. We work Monday through Friday from 8:00 a.m. to 16:45 p.m. Ciudad Juárez Mexico time, except on holidays. If you are dialing from the U.S.A. you have to dial 011-52, plus any of the above phone numbers.

**EMBASSY OF THE UNITED STATES OF AMERICA, MEXICO
CONSULATE GENERAL OF THE UNITED STATES OF AMERICA,
CIUDAD JUAREZ, MEXICO**

**MEMORANDUM OF AGREEMENT TO RENEW LEASE NO. 4128-861078-OBO**

**BETWEEN**

**THE SECRETARY OF STATE OF THE UNITED STATES OF AMERICA**

**AND**

**SANDRA FERNANDEZ DE IGLESIAS**

1. Reference is made to Lease No. 4128-861078-OBO, originally entered into on the 24th day of October 1997, by Ma Sandra Fernandez De Iglesias, for herself, her, heirs, executors, and administrators and successors, and assigns, hereinafter, known as the LANDLORD; and the Secretary of State of the United States of America, acting Winkle W.Nemeth Contracting Officer of the United States Embassy at Mexico, hereinafter known as the TENANT.

2. **Article 5 shall read:** By mutual consent of the parties hereto, reference lease shall remain in force for a period of 46 days starting from:

   From March 01, 2004 through and including April 15, 2004 the rent will be $1,800.00 USD payable in advance.

   The LANDLORD further agrees to make a pro rata refund of any rent payments made for periods beyond the date the TENANT surrenders the premises in pursuance of any of the TENANT'S termination rights as contained in this clause.

3. Therefore, it is agreed by and between the LANDLORD and the TENANT, that the referenced lease is hereby amended for 46 days, immediately following the expiration date of the present lease in effect. All other provisions of the said lease remain the same and unchanged.

In WITNESS WHEREOF, the parties hereto have subscribed their names on this Friday 27th of February 2004.

Sandra Fernandez De Iglesias
Landlady

Robert Loveless
Contracting Officer

Frederick W. Krage
Financial Management Officer-Embassy

C2

**EMBAJADA DE LOS ESTADOS UNIDOS DE NORTEAMERICA EN MEXICO**
**CONSULADO GENERAL DE LOS ESTADOS UNIDOS DE NORTEAMERICA EN CD. JUAREZ**

**ACUERDO PARA RENOVACION Y EXTENSION DEL CONTRATO 4128-861078-OBO**

**ENTRE**

**EL SECRETARIO DE LOS ESTADOS UNIDOS DE NORTEAMERICA**
**Y**
**SANDRA FERNANDEZ DE IGLESIAS**

1. En referencia a el Contrato de Arrendamiento No. 4128-861078-OBO, celebrado originalmente el Dia 24 de Agosto de 1997, entre La Sra. Sandra Fernandez De Iglesias, sus herederos, albaceas, administradores y sucesores, denominados como ARRENDADOR; y por los Estados Unidos de Norteamerica; Winkle W.Nemeth, intermediario de la Embajada de los Estados Unidos de America en Mexico D.F. en adelante, el ARRENDATARIO.

2. **Articulo 5**: Por consentimiento mutuo de las partes, el contrato de arrendamiento en mencion debera continuar vigente durante un periodo de 46 dias que comprende:

   De Marzo 01,2004 , hasta Abril 15, 2004 , la renta sera de $1,800.00 USD pagaderos por adelantado.

   El ARRENDADOR, conviene en reembolsar proporcionalmente los pagos de alquiler correspondientes a cualquier periodo posterior a la fecha en que el ARRENDATARIO entregue el local conforme a cualquiera de los derechos de rescision del ARRENDATARIO enunciados en el presente articulo.

3. Por lo tanto, se ha llegado a un acuerdo por y entre el ARRENDADOR y ARRENDATARIO, de que el contrato en mencion se extienda por un periodode 46 dias , inmediatamente a partir de la fecha de vencimiento del mismo. Todas las demas condiciones, terminos y clausulas de este contrato de arrendamiento permanecen sin cambios.

Las partes han suscrito sus firmas en este dia Viernes 27 de Febrero delano 2004.

Sandra Fernandez De Iglesias
Arrendador

Robert Loveless
Contracting Officer

Frederick W. Krage-Embassy
Financial Management Officer

CONSULATE GENERAL OF THE
UNITED STATES OF AMERICA
CIUDAD JUAREZ, CHIH. MEXICO

Cd. Juarez, Chih.. Mexico

## TERMINACION Y FINIQUITO DEL CONTRATO DE ARRENDAMIENTO 4128-861078-OBO

1. Se hace referencia al contrato de arrendamiento 4128-861078-OB0, celebrado originalmente el dia 24 de Octubre de 1997, entre la Sra. Sandra Fernandez De Iglesias, ARRENDADOR y el secretario de los Estados Unidos de Norteamerica representado por Winkle W.Nemeth, Funcionario de Contrataciones De La Embajada De Los Estados Unidos de Norteamerica en Mexico, ARRENDATARIO, de la casa habitacion ubicada en calle Alondiga De Granaditas #7522 Fracc. Rincones De San Marcos en Cd. Juarez, Chih. Mexico

2. El ARRENDADOR tambien hace constar por medio del presente documento, que recibira su casa habitacion y sus pertenencias el dia 15 de Abril del ano 2004, fecha en la que se considera cancelado y terminado este contrato, en condiciones aceptables, libres de toda y cualquier reclamacion en contra de los Estados Unidos de Norteamerica o cualquiera de sus dependencias, Agentes o Empleados.

3. En testimonio de lo cual, ambas partes firman este dia 15 de Abril del 2004.

ARRENDADOR

Sandra Fernandez De Iglesias

ARRENDATARIO

Robert Loveless
Contracting Officer

Fred W. Krage
Administrador de Finanzas
Embajada Americana en Mexico