# EXHIBIT 6

# FERNANDEZ, ESPINO Y ASOCIADOS

ABOGADOS

OFICINAS EN MEXICO, D.F.
SILLON DE MENDOZA Núm. 99
COL. TORIELLO GUERRA
14050 TLALPAN, MEXICO, D.F.
TEL. (5) 606-9680
FACSIMILE (5) 666-9790

BLVD. TOMAS FERNANDEZ Núm. 7930
SUITE 301
OFICINAS CAMPESTRE, EDIFICIO "B"
32450 CD. JUAREZ, CHIH., MÉXICO
TEL. (656) 688-7500
FACSIMILE (656) 629-3065

U.S.A. MAILING ADDRESS
105 EAST SAN ANTONIO
SUITE 330
EL PASO, TX 79901


## FACSIMILE TRANSMISSION SHEET

| | |
|---|---|
| DATE: | May 27, 2004 |
| NUMBER OF PAGES: | 6 (INCLUDING THIS COVER SHEET) |
| TO: | Mr. Michael Cohen |
| FAX NUMBER: | (915)577-9918 |
| COMPANY: | Law Offices of Michael Cohen |
| FROM: | L. Roberto Fernández-Reyes |

**If you have any problem with the transmission of this fax, please call:** Ma. Luisa Márquez

**PH. 01152 (656) 688-75-00** **FAX : 01152 (656) 629-30-65**

THE INFORMATION CONTAINED IN THIS FAX IS PRIVILEGED AND CONFIDENTIAL AND IT IS INTENDED TO BE RECEIVED AND USED ONLY BY THE INDIVIDUALS WHOM SAME IS ADDRESSED. IF YOU RECEIVE THIS FAX IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY. ANY UNAUTHORIZED USE OR DISCLOSURE COULD BE BROUGHT BEFORE THE COMPETENT COURTS.

# FERNANDEZ, ESPINO Y ASOCIADOS

ABOGADOS

OFICINAS EN MEXICO, D.F.
SILLON DE MENDOZA No. 89
COL TORIELLO GUERRA
TLALPAN, MEXICO, D.F.
MEXICO
TEL (55) 5606-9680
FACSIMILE (55) 5606-8653

BLVD. TOMAS FERNANDEZ No. 7930
SUITE 301
OFICINAS CAMPESTRE, EDIFICIO "B"
CD. JUAREZ, CHIH.
MEXICO 32450
TEL (656) 629 30 03
FACSIMILE (656) 629 30 65

U.S.A. MAILING ADDRESS
105 EAST SAN ANTONIO
SUITE 330
EL PASO, TX 79901

May 27, 2004

Mr. Michael Cohen
**Law Offices of Michael Cohen**
At the Cortez on the Plaza
310 North Mesa, Suite 515
El Paso, TX 79946

Re: U.S. Consulate/Sandra Fernández de Iglesias

Mr. Cohen:

As per our telephone conversation, enclosed you will find the notice of termination regarding the lease with your client Mrs. Sandra Fernández de Iglesias. Also enclosed you will find the memorandum written by Mr. Rogelio Martínez, the Consulate's employee to whom the driver tasked to deliver the notice reports. This memo explains what happened when Mr. Ramón Maldonado met with your client.

I look forward to hearing from you.

Regards,

**FERNÁNDEZ Y ESPINO JUÁREZ, S.C.**

L. Roberto Fernández-Reyes

5540/mlm

CONSULATE GENERAL OF THE
UNITED STATES OF AMERICA
CIUDAD JUAREZ, CHIH. MEXICO

Cd. Juarez, Chih. Mexico

# TERMINATION AND ACQUITTANCE OF LEASE AGREEMENT 4128-861078-OBO

1. Reference is hereby made to lease contract 4128-861078-OBO, originally entered into the 24th day of October of 1997 between Sandra Fernandez De Iglesias, known as the LANDLORD and The Secretary of State of the United States of America represented by Winkle W. Nemeth Contracting officer of the Embassy of the United States of America in Mexico, TENANT of a residence located at C. Alondiga De Granaditas #7522 in Fracc. Rincones De San Marcos, Cd. Juarez, Chihuahua, Mexico.

2. The LANDLORD further acknowledges that the premises and furnishings are being returned by the TENANT on 15th day of April 2004 in which subject lease is considered cancelled and terminated in a condition acceptable to the LANDLORD, free of any of all claims against the United States Government, or any Agency, Agent or employee thereof.

3. In witness whereof, the parties here to have subscribed their signatures on this 15th day of April, 2004.

LANDLORD:

Sandra Fernandez De Iglesias

TENANT:

Robert Loveless
Contracting Officer

Fred W. Krage
Financial Management Officer
U.S. Embassy-Mexico

C1(

AMERICAN CONSULATE GENERAL
CIUDAD JUAREZ

# *MEMO*

**Date:** April 15, 2004

**To:** Robert Loveless (GSO)

**From:** Rogelio Martinez (GSO)

**Subject:** Alondiga De Granaditas #7522

---

This is to inform you that on April 13, 2004 I called Sandra Fernandez De Iglesias to meet her at her house located at C. Alondiga De Granaditas #7522 at 11:00am on April 15, 2004.

The reason that I met her this date was because this is the date that the lease contract #4128-861078 expired and I needed to return the house to her. She said on our telephone conversation that se would be there at 11:00am on April 15, 2004. I was at the house since 10:00am to 1:00pm and she never showed up at the time accorded.

AMERICAN CONSULATE GENERAL
CIUDAD JUAREZ

# *MEMO*

**Date:** February 27, 2004

**To:** Property file for Lease #4128-861078

**From:** Rogelio Martinez (GSO)

**Through:** Robert Loveless (GSO)

**Subject:** 30 days notification letter

---

On February 27, 2004, I sent the driver Ramon Maldonado to the Furniture store Mobilia located in Sunland Park mall to deliver a notification letter and extension of lease agreement #4128-861078 to Sandra Fernandez De Iglesias who is the owner of a house located in C. Alondiga De Granaditas #7522 and is actually being rented to the American Consulate. Mobilia is the place of business of Mrs. Iglesias and she has informed us to deliver the letter to that address.

When the driver came back to the Consulate, he informed me that the owner of the house, Sandra Fernandez De Iglesias did not want to sign for the letter because her husband told her not to do it. Mrs. Iglesias did physically receive the letter from the driver.