# EXHIBIT 7

LAW OFFICES
OF
MICHAEL COHEN
AT THE
CORTEZ ON THE PLAZA
310 NORTH MESA, SUITE 515
PO BOX 1021
EL PASO, TEXAS 79946

MICHAEL COHEN
ATTORNEY AT LAW

BOARD CERTIFIED
PERSONAL INJURY
TRIAL LAW
TEXAS BOARD OF
LEGAL
SPECIALIZATION

June 4, 2004

**Via Facsimile**
**01152 (656) 629-30-65**

L. Roberto Fernandez-Reyes
Fernandez, Espino y Asociados
Blvd. Tomas Fernandez Num. 7930
32450 Cuidad Juarez, Chih. Mexico

Re: *Sandra Fernandez Iglesias*/Termination and Acquittance of Lease Agreement 4128-861078-OBO

Dear Mr. Fernandez:

It has been one week since we last visited by telephone. I was under the impression that you were going to speak to the appropriate individuals within the Consulate to see if we could resolve this matter. Please advise me, at your earliest convenience, as to the status of this matter. As you well understand, this is a significant issue that both our clients need to resolve.

I look forward to hearing from you.

Very truly yours,

**Michael Cohen**

MC/bjc

cc: Sandra F. and Arturo Iglesias

TELEPHONE: (915) 577-0757 FACSIMILE: (915) 577-9918

C13

MICHAEL COHEN
ATTORNEY AT LAW

LAW OFFICES
OF
MICHAEL COHEN
AT THE
CORTEZ ON THE PLAZA
310 NORTH MESASUITE 515
PO BOX 1021
EL PASO, TEXAS 79946

BOARD CERTIFIED
PERSONAL INJURY
TRIAL LAW
TEXAS BOARD OF
LEGAL
SPECIALIZATION

# FACSIMILE

DATE: June 15, 2004

TO: L. Roberto Fernandez-Reyes
Fernandez, Espino y Asociados
Blvd. Tomas Fernandez Num. 7930
32450 Cuidad Juarez, Chih. Mexico

FAX NO.: 01152 (656) 629-30-65

cc: Sandra and Arturo Iglesias

FAX NO.: (915) 581-3221

FROM: Michael Cohen

No. of pages including cover: 2

**PLEASE DELIVER WHEN RECEIVED**

COMMENTS: Re: *Sandra Fernandez Iglesias*/Termination and Acquittance of Lease Agreement 4128-861078-OBO

*THE INFORMATION CONTAINED IN THIS FACSIMILE MESSGE IS SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE. AS SUCH, IT IS CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INTENDED RECIPIENT. ONLY THE INTENDED RECIPIENT OR HIS AGENT SHOULD BE GIVEN ACCESS TO THIS INFORMATION. YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF THIS FACSIMILE IS RECEIVED IN*

TELEPHONE: (915) 577-0757 FACSIMILE: (915) 577-9918

C1

LAW OFFICES
OF
MICHAEL COHEN
AT THE
CORTEZ ON THE PLAZA
310 NORTH MESA, SUITE 515
PO BOX 1021
EL PASO, TEXAS 79946

MICHAEL COHEN
ATTORNEY AT LAW

BOARD CERTIFIED
PERSONAL INJURY
TRIAL LAW
TEXAS BOARD OF
LEGAL
SPECIALIZATION

June 15, 2004

**Via Facsimile**
**01152 (656) 629-30-65**

L. Roberto Fernandez-Reyes
Fernandez, Espino y Asociados
Blvd. Tomas Fernandez Num. 7930
32450 Cuidad Juarez, Chih. Mexico

Re: *Sandra Fernandez Iglesias*/Termination and Acquittance of Lease Agreement 4128-861078-OBO

Dear Mr. Fernandez:

I am still awaiting a response to my June 4, 2004 facsimile. Have you had a chance to speak with those individuals at the consulate who will be able to assist in resolving this issue.

I look forward to hearing from you.

Very truly yours,

Michael Cohen

MC/bjc

cc: Sandra F. and Arturo Iglesias

TELEPHONE: (915) 577-0757 FACSIMILE: (915) 577-9918

LAW OFFICES
OF
MICHAEL COHEN
AT THE
CORTEZ ON THE PLAZA
310 NORTH MESA, SUITE 515
PO BOX 1021
EL PASO, TEXAS 79946

MICHAEL COHEN
ATTORNEY AT LAW

BOARD CERTIFIED
PERSONAL INJURY
TRIAL LAW
TEXAS BOARD OF
LEGAL
SPECIALIZATION

June 22, 2004

**Via Facsimile**
**01152 (656) 629-30-65**

L. Roberto Fernandez-Reyes
Fernandez, Espino y Asociados
Blvd. Tomas Fernandez Num. 7930
32450 Cuidad Juarez, Chih. Mexico

Re: *Sandra Fernandez Iglesias*/Termination and Acquittance of Lease Agreement 4128-861078-OBO

Dear Mr. Fernandez:

I have had an extended discussion with my clients regarding the offer made on behalf of the U.S. Consulate. My clients are relying on Art. 2328 of the *Codigo Civil del Estado de Chihuahua* which states that the U.S. Consulate is obligated to pay rent up to the date that possession is relinquished. Furthermore, Art. 2332 provides that the above right cannot be waived.

In light of this fact, my client is willing to conclude this matter by the end of the month of June with the payment of eight month's rent which amounts to $14,400.00 plus the statutorily mandated 20% in attorney's fees. This amount would be an additional $2,880.00. Our demand, therefore, is for the total amount of $17,280.00.

I am certain that your client wishes to conclude this matter as soon as possible since, on July 1, 2004, in accordance with both the contract and the Civil Code, the contract automatically renews for another full term (*i.e.* four months or three years).

Additionally, please advise me as to when we can accomplish the inspection of the property as well as the payment of the above statutorily dictated sums.

TELEPHONE: (915) 577-0757 FACSIMILE: (915) 577-9918

Very truly yours,

/S/

**Michael Cohen**

MC/bjc
cc: Sandra and Arturo Iglesias ✓

UNCLASSIFIED

RELEASE TO CERTAIN PARTIES C35A

Law Offices
of
MICHAEL COHEN

MICHAEL COHEN
ATTORNEY AT LAW

AT THE
CORTEZ ON THE PLAZA
310 NORTH MESA, SUITE 515
PO BOX 1021
EL PASO, TEXAS 79946

Board certified
Personal injury trial law
Texas board of legal
specialization

August 20, 2004

Via Facsimile
01152 (656) 629-30-65

L. Roberto Fernandez-Reyes
Fernandez, Espino y Asociados
Blvd. Tomas Fernandez Num. 7930
32450 Cuidad Juarez, Chih. Mexico

Re: *Sandra Fernandez Iglesias*/Termination and Acquittance of Lease Agreement 4128-861078-OBO

Dear Mr. Fernandez:

Under the terms of the U.S. Government's lease with my clients the United States owes Sandra Iglesias, biannually and in advance, $1,800.00 per month as rental. Since no payment has been made since November 1, 2003, a total of twelve months rent is owed.

Twelve months of rental amounts to $21,600.00 which is hereby demanded. Additionally, my clients are demanding $4,320.00 in attorney's fees.

The attached document directed to the contracting officer of the United States of America constitutes my client's written demand under the Contract Disputes Act of 1978 (41 U.S.C. 601-613).

Very truly yours,

Michael Cohen

MC/bjc
cc: Sandra and Arturo Iglesias

TELEPHONE: (915) 577-0757 FACSIMILE: (915) 577-9918

UNCLASSIFIED

C35B

# RELEASE TO CERTAIN PARTIES

DEMAND PURSUANT TO CONTRACT DISPUTES ACT OF 1978
(41 U.S.C. 601-613)

TO: Robert Loveless
Contracting Office
Consulate General of the
United States of America
Cuidad Juarez, Chih. Mexico
For the Tenant

FROM: Sra. Maria Sandra Fernandez de Iglesias
641 Wild Willow
El Paso, Texas
For the Landlord

Landlord claims, pursuant to Article Five of Lease No. 4128-861078-FBO, from November 1, 2003, to October 31, 2004, $1,800.00 U.S.D. per month paid biannually in advance.

Total due - $21,600.00 U.S.D.

Landlord claims, pursuant to Article Sixteen of Lease No. 4128-861078-FBO, $4,600.00 U.S.D. in attorney's fees.

Total due - $4,600.00 U.S.D.

**Total Claim:** $26,200.00 U.S.D.

Landlord requests that a decision be rendered from contractor within sixty (60) days from receipt of this claim.

Respectfully submitted,

August 23, 2004

Maria Sandra Fernandez de Iglesias
Landlord

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: DONALD A JOHNSTON
DATE/CASE ID: 31 MAY 2006 200502853