# EXHIBIT 8

SILVESTRE REYES
16TH DISTRICT, TEXAS

COMMITTEE ON ARMED SERVICES

RANKING MEMBER
SUBCOMMITTEE ON STRATEGIC FORCES
SUBCOMMITTEE ON READINESS

COMMITTEE ON VETERANS' AFFAIRS

SUBCOMMITTEE ON BENEFITS

PERMANENT SELECT COMMITTEE ON INTELLIGENCE

SUBCOMMITTEE ON TERRORISM AND HOMELAND SECURITY
SUBCOMMITTEE ON HUMAN INTELLIGENCE, ANALYSIS AND COUNTERINTELLIGENCE

# Congress of the United States
## House of Representatives
## Washington, DC 20515

WASHINGTON OFFICE:
1527 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-4831
FAX: (202) 225-2016

DISTRICT OFFICE:
310 NORTH MESA, SUITE 400
EL PASO, TX 79901
(915) 534-4400
FAX: (915) 534-7426

http://www.house.gov/reyes/

November 19, 2004

The Honorable Paul V. Kelly
Assistant Secretary for Legislative Affairs
U.S. Department of State
2201 C Street, N.W.
Washington, D.C. 20520

Dear Assistant Secretary Kelly:

I am writing to seek your assistance with a matter involving a constituent, Sandra Fernandez Iglesias, and the U.S. Consulate in Juarez, Chihuahua Mexico. I have enclosed copies of documents related to this matter for your review.

In short, Mrs. Iglesias has leased property she owns in Juarez to the U.S. Consulate for housing. The terms of this arrangement are outlined in Lease No. 4128-861078-FBO. Unfortunately, Mrs. Iglesias has not received payment from the federal government since November 2, 2003, and this presents a hardship for her and her family. (1)

Mrs. Iglesias' Counsel submitted a request to the contracting officer at the consulate in August of this year, but as yet has not been contacted about moving forward with a resolution to this problem.

Like you, I believe the federal government must make every effort possible to ensure that its' obligations are met. In this regard, I respectfully request that this situation be evaluated as soon as possible and resolution reached that is equitable to Mrs. Iglesias. (2) (3)

Thank you in advance for your assitance in this matter, and I look forward to hearing from you. Should you need additional information, please do not hesitate to contact Karl McElhaney of my staff at (915) 534-4400.

Sincerely,

Silvestre Reyes
Member of Congress