# EXHIBIT 9

United States Department of State

*Washington, D.C. 20520*

Dear Mr. Reyes: DEC 22 2004

This is in response to your letter of November 19 concerning the rental by the U.S. Consulate General in Ciudad Juarez, Chihuahua, Mexico of property owned by your constituent Sandra Fernandez Iglesias.

We have reviewed this matter with Consulate General staff in Ciudad Juarez. We are advised that the Consulate General rented property from Ms. Fernandez for two three-year periods ending on October 31, 2003. Per the lease agreement the Consulate General paid rent every six months in advance. It then signed an extension agreement with the landlord from 11/1/03 to 2/29/04. When the Consulate General attempted to extend rental of the property for 46 (1) more days prior to vacating the premises, the landlord refused. She has refused to accept payment for the period 11/1/03 to 2/29/04 or for (2) the 46-day extension period to 4/15/04. The Consulate General has retained local legal counsel in an effort to reach an amicable and just (3) resolution of this dispute.

We hope this information will be helpful in replying to your constituent. Please do not hesitate to contact us if we may be of further assistance on this matter.

Sincerely,

Paul V. Kelly

Paul V. Kelly
Assistant Secretary
Legislative Affairs

The Honorable
Silvestre Reyes,
House of Representatives.

SILVESTRE REYES
RECEIVED
JAN 4 2005
EL PASO, TX