# EXHIBIT 10

## ARTURO IGLESIAS

**From:** Bopp, Rita W [BoppRW@state.gov]
**Sent:** Friday, October 14, 2005 9:54 AM
**To:** Abogadosbaby@aol.com; Hinckley, Damien; Bopp, Rita W
**Cc:** arturo@mobilia.US; karl.mcelhaney@mail.house.gov
**Subject:** RE: Sandra Fernandez-Iglesias;Termination and Acquittance of Lease Agreement 4128-86

Dear Mr. Cohen:

Thank you so much for your e-mail. Post would also like to resolve this issue as soon as possible and we will be in contact with you soon.

If you have any further questions, please do not hesitate to contact me.

Thank you. Rita.

-----Original Message-----
**From:** Abogadosbaby@aol.com [mailto:Abogadosbaby@aol.com]
**Sent:** Friday, October 07, 2005 10:35 AM
**To:** HinckleyD@state.gov; BoppRW@state.gov
**Cc:** arturo@mobilia.US; karl.mcelhaney@mail.house.gov
**Subject:** Sandra Fernandez-Iglesias;Termination and Acquittance of Lease Agreement 4128-86

Dear Mr. Hinckley and Ms. Bopp:

I was given your names and email addresses regarding the unresolved dispute regarding the rental of the Iglesias' Juarez, Mexico property (lease agreement 4128-861078-OBO). Substantial monies are due to Mrs. Iglesias as well as adjustments for the damage that the property has sustained. The Government retains possession of the property and has failed to pay the necessary lease amounts.

Please contact me as soon as possible so that we may resolve this matter short of litigation. Our previous demands have gone unanswered and a substantial amount of time has gone by without resolution.

Very truly yours,

Michael Cohen

cc:
Arturo Iglesias
Karl McElhaney

C23