# EXHIBIT 11

Subj: **Sandra Iglesias Fernandez**
Date: 11/3/2005 9:45:09 AM Mountain Standard Time
From: Abogadosbaby
To: BoppRW@state.gov
CC: karl.mcelhaney@mail.house.gov, arturo@mobilia.US

Dear Ms. Bopp:

I have heard nothing more from you regarding the unresolved dispute over the Iglesias' Juarez, Mexico property (lease agreement 4128-861078-OBO). You indicated that the Government was as anxious to resolve this dispute as the Iglesias. This does not appear to be the case. My clients are becoming extremely concerned since they are accruing substantial expenses for utilities, repairs, etc. The Government retains possession of the property and has placed my clients in a possession where they are incurring debt daily.

Please contact me as soon as possible. This situation has continued for two years without resolution.

Very truly yours,

Michael Cohen

cc:
Arturo Iglesias
Karl McElhaney



C24