**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MARIA SANDRA FERNANDEZ de IGLESIAS, | ) | |
| Plaintiff, | ) | No. 08-464C |
| | ) | (Senior Judge Futey) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR AN ENLARGEMENT OF TIME TO FILE RESPONSE TO COMPLAINT**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of 42 calendar days, to and including October 6, 2008, to file its response to the complaint. Our answer presently is due on August 25, 2008. This is defendant's first request for an enlargement of time. Counsel for the defendant has consulted with plaintiff's counsel regarding this motion, and plaintiff's counsel has consented to this motion.

The additional time is required for undersigned counsel to adequately prepare and file the Government's response to the complaint. Plaintiff alleges a breach of a lease agreement between Plaintiff and the United States, acting by Winkle W. Nemeth of the Embassy of the United States of America at Mexico City. Plaintiff bases its calculation of damages in part on Mexican law. Counsel for the United States Department of State, who was recently assigned responsibility for this case, has informed us that he requires additional time to assemble a litigation report. Upon receiving litigation report and administrative record, the Department of Justice will need to review the information, and prepare the appropriate response to plaintiff's complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant this

unopposed motion for an enlargement of time.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

s/ Scott T. Palmer
SCOTT T. PALMER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 307-6299

August 14, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 14th day of August, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE RESPONSE TO COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Scott T. Palmer
SCOTT T. PALMER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice