# In the United States Court of Federal Claims

**No. 08-464C**

**(Filed September 16, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**MARIA SANDRA FERNANDEZ DE IGLESIAS,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant's Unopposed Motion For An Enlargement Of Time To File Response To Complaint, filed on August 14, 2008, is ALLOWED. Defendant shall file its response by Monday, October 6, 2008.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**