# In the United States Court of Federal Claims

No. 08-464C

(Filed January 11, 2010)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| **MARIA SANDRA FERNANDEZ DE IGLESIAS,** | \* \* \* |
| **Plaintiff,** | \* \* |
| v. | \* \* |
| **THE UNITED STATES,** | \* \* |
| **Defendant.** | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On December 4, 2009, plaintiff filed a "Motion To Lift Discovery Stay." Defendant filed a response in opposition to said motion on December 21, 2009. After a careful review of the parties' submissions, plaintiff's motion is ALLOWED for the limited purpose of providing plaintiff the opportunity to depose defendant's expert, Eduardo Martinez Rodriguez. This deposition shall be completed by Wednesday, March 10, 2010.

In addition, on December 7, 2009, plaintiff filed a Motion For Leave To File The Supplemental Affidavit Of Arturo Iglesias In Support Of Her Motion In Opposition To Defendant's Motion For Partial Summary Judgment. Defendant filed a response in opposition on December 21, 2009. This motion is ALLOWED.

The parties shall file a joint status report indicating the completion of the deposition on or before Wednesday, March 24, 2010.

IT IS SO ORDERED.

                                                   s/Bohdan A. Futey
                                                   **BOHDAN A. FUTEY**
                                                         **Judge**