# In the United States Court of Federal Claims

### No. 08-464C

### (Filed December 13, 2010)

```
* * * * * * * * * * * * * * * * * * * * * * * * *
MARIA SANDRA FERNANDEZ               *
DE IGLESIAS,                         *
                                     *
          Plaintiff,                 *
                                     *
     v.                              *
                                     *
THE UNITED STATES,                   *
                                     *
          Defendant.                 *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

### ORDER

Pursuant to the telephonic conference held on this date and the concerns of the parties, the Court's Order of October 22, 2010 selecting Cesar Ochoa as an additional expert is canceled.  Accordingly, the expert report and January 13, 2011 telephonic conference scheduled in that order are no longer required.

IT IS SO ORDERED.

s/ Bohdan A. Futey
**BOHDAN A. FUTEY**
**Judge**